

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte A.V.,

No. 11-24-00005-CV

* From the County Court at Law
of Brown County,
Trial Court No. J00010.

* July 18, 2024

* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.